**FILED**
JAN 1 4 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SCOTT KELLEY, ARMANDO CHAVEZ, AND JUAN MARTINEZ, Individually and On behalf of All Others Similarly Situated, Plaintiffs, | § § § § § | |
| v. | § § | CIVIL ACTION NO. 5:18-cv-00845 |
| C&J EQUIPMENT MANUFACTURING CORPORATION, Defendant . | § § § § | |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE

The Court having considered Plaintiffs' and Defendant's Motion for Approval of Settlement Agreement and Dismissal of Case With Prejudice and, after having considered the Parties' confidential settlement agreement and having found that bona fide disputes exists regarding whether Plaintiffs were properly classified as exempt employees and that bona fide disputes exists regarding the number of hours worked by the Plaintiffs, is of the opinion that the motion should be GRANTED. It is therefore,

ORDERED that the Settlement Agreement between the Plaintiffs and Defendant filed under seal is hereby approved as a fair and reasonable resolution of the Parties' bona fide disputes. It is further ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Scott Kelley, Armando Chavez, Juan Martinez, John Austin and Michael Handy are hereby dismissed with prejudice to the refiling of same; that it be removed from the Docket of the Court; and that all attorney fees and costs incurred be taxed against the Party incurring same.

All relief not expressly granted herein is dismissed.

SIGNED and ENTERED on the 14 day of Jan, 2019.

_____
UNITED STATES DISTRICT JUDGE